IN THE UNITED STATES DISTRICT COURT
EASTERN ~~WESTERN~~ DISTRICT OF ARKANSAS
CIVIL _____ DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 1 2017

Billy J. Kain, Jr.
_____
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. # 83093
_____
(Do Not Put Your Social Security Number)

JAMES W. McCORMACK, CLERK
By: _____
                         DEP CLERK

V.

CASE NO. 1:17CV031-DPM-BD

Correct Care Solutions et al,
_____

Dr. Michelle Bishop, Mr. David Brewer
_____

_____
(Enter above the full name of the Defendant,
or Defendants, in this action.)

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Deere**

I.    **Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

         Yes _____        No ✓

   B.    If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

         1.    **Parties to previous lawsuit**

         Plaintiffs: _____

         Defendants: _____

         _____

         2.    **Court (if federal court, name the district; if state, name the county):**

         _____

         3.    **Docket number:** _____

         4.    **Name of judge to whom case was assigned:** _____

         5.    **Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** _____

         6.    **Approximate date of filing lawsuit:** _____

         7.    **Approximate date of disposition:** _____

**(Revised 04/2015)**

-1-

**II.**   **Place of Present Confinement:** OUCHITIA RIVER CORRECTIONAL UNIT

**III.**   There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    **A.**   Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes  ✓        No _____

    **B.**   If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT. If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.**

    **C.**   If your answer is NO, explain why not: BECAUSE THE INFIRMARY MANAGER COMMITTED SUICIDE AND NEVER RESPONDED TO THEM AS REQUIRED BY GRIEVANCE PROCEDURE

**IV.**   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

    **A.**   **Your Full Name:** Billy Jack Kain, Jr.

        **Address:** O.R.C.U.  P.O. Box 1430

        MALVERN, AR. 72104

(In Item B below, place the **full** name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

**B.** Read carefully and fill out all information sought.

    **1. Defendant #1**

    **Full Name:** DR. MICHELLE BISHOP

    **Position:** DOCTOR

    **Place of Employment:** NORTH CENTRAL UNIT, CORRECT CARE UNIT

    **Address:** NORTH CENTRAL UNIT, 10 PRISON CIRCLE CALICO ROCK, AR. 72519

**2. Defendant #2**

Full Name: _DR. MARTY HARRIMAN_

Position: _DOCTOR_

Place of Employment: _NORTH CENTRAL UNIT, CORRECT CARE SOLUTIONS_

Address: _NORTH CENTRAL UNIT, 10 PRISON CIRCLE_
_CALICO ROCK, AR, 72519_

**3. Defendant #3**

Full Name: _MRS. SHARYN ROTOR_

Position: _ASSOCIATE NURSE PRACTIONER_

Place of Employment: _NORTH CENTRAL UNIT, CORRECT CARE Solutions_

Address: _NORTH CENTRAL UNIT, 10 PRISON CIRCLE_
_CALICO ROCK, AR, 72519_

**4. Defendant #4**

Full Name: _MARJORIE HALL, L.P.N._

Position: _LICENCSED PRACTIONER NURSE, INFIRMARY MANAGER_

Place of Employment: _NORTH CENTRAL UNIT, CORRECT CARE Solutions_

Address: _NORTH CENTRAL UNIT, 10 PRISON CIRCLE_
_CALICO ROCK, AR, 72519_

**5. Defendant #5**

Full Name: _MRS. LINDA HUNT, L.P.N._

Position: _LICENCSE PRACTIONER NURSE_

Place of Employment: _NORTH CENTRAL UNIT, CORRECT CARE Solutions_

Address: _NORTH CENTRAL UNIT, 10 PRISON CIRCLE_
_CALICO ROCK, AR, 72519_

**6. Defendant #6**

Full Name: _MR. DAVID BREWER_

Position: _CLASSIFICATION OFFICER_

Place of Employment: _NORTH CENTRAL UNIT, ARKANSAS Dept. OF CORRECTIONS_

FULL NAME: ROBIN SMITH

POSITION: ASSOCIATED PHYSICAN ASSISTANT

PLACE OF EMPLOYMENT: NORTH CENTRAL UNIT, CORRECT CARE SOLUTIONS

ADDRESS: NORTH CENTRAL UNIT, 10 PRISON CIRCLE

CALICO ROCK, AR. 72519

8. DEFENDANT #8

FULL NAME: SIERRA BRADSHAW

POSITION: NURSE

PLACE OF EMPLOYMENT: NORTH CENTRAL UNIT, CORRECT CARE SOLUTIONS

ADDRESS: NORTH CENTRAL UNIT, 10 PRISON CIRCLE

CALICO ROCK, AR. 72519

Address: _North Central Unit, 10 Prison Circle_
_Calico Rock, Ar. 72519_

**V.** **At the time of the alleged incident(s), were you:**
**(check the appropriate blank)**

_____ in jail and still awaiting trial on pending criminal charges
___✓___ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (*e.g.,* alleged probation violation, etc.)

Explain: _Serving A 40 Year Sentence From Craighead Cty._

_____

Please provide the date of your conviction or probation or parole revocation:

_Jan. 9, 1995_

**VI.** **Statement of Claim**

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal
constitutional rights. For example, if you have an excessive force claim and a denial of medical care
claim, you must fill out a separate section for each different claim. This section should be limited
to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe
was involved in violating your rights. Include also the names of other persons involved, dates and
places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you
need. Attach extra sheets if necessary.)

<u>Claim Number # 1:</u>

Type of Claim (for example: excessive force, denial of medical care, etc.):

_Denial of Medical Care, Medical Indifference._
_Medical Malpractice_

Date of the Occurrence: _Jan. 2014 ~ May 2016_

Name of each Defendant involved: _Dr. Michelle Bishop, Dr. Marty Harriman_
_Dr. Micheal Sowers, Sharyn Rotor, A.P.N., Marjorie Hall, L.P.N., Inf. Mgr._
_Linda Hunt, L.P.N., Robin Smith, R.N. D.o.N., Sierra Bradshaw, L.P.N._

_____

(A) With respect to Defendant (Name) _Dr. Michelle Bishop_, describe the acts or
omissions of <u>this</u> Defendant that form the basis for claim #1 and any harm caused by it.

_Making Petitioner Work As Brks, Porter, Denying Him Medical_
_Treatment, Issuing Petitioner Medication (Dicyclomine) For_
_Crohn's Disease He Doesn't Have, And Prescribing Medication Longer_
_Than It Was Suppose To, Denying Physical Therapy, Tennis Shoe Script Ordered_
_By Orthopedic Surgeon._

AND REFUSED TO DO ANYTHING ABOUT CLASSIFICATION WORKING
PETITIONER AGAINST MEDICAL RESTRICTIONS, ORDERING MEDICATION
WITHOUT EXAMINING PETITIONER, DAMAGE TO PETITIONERS Body FROM DicyClOMINE.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

✓ official capacity only (An official capacity claim is the same as suing the governmental
entity this Defendant works for and requires proof that a custom or policy of the
governmental entity caused the alleged violation.)

✓ personal capacity only (A personal capacity claim is one that seeks to hold an individual
liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe
caused the violation of your constitutional rights.**

(SHE)
THAT THEY REFUSED TO PROVIDE THE Physical THERAPY AND ORTOPEDIC
SHOES ORDERED BY Physican, THEY MADE PETITIONER WORK AT A JOBS
WHICH ViOLATED HIS MEDICAL RESTRICTIONS, CAUSING INJURY TO HIS
KNEE'S AND Body, PRESCRIBED MEDICATION THAT PETITIONER SHOULD NOT
HAVE TAKEN FOR A PERIOD OF TIME LONGER THAN IT WAS RECOMMENDED
WOULD NOT SEND PETITIONER TO SEE GASTRINTESTIONAL Physican, JUST ISSUE MEDICATION

**(B)  With respect to Defendant (Name) DR. MARTY HARRIMAN, describe the acts or
omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

DENYING MEDICAL ATTENTION About BOTH KNEES, PRESCRIBING MED-
ICATION WITHOUT EXAMINA PETITIONER, ISSUING MEDICATION (DICYCLOMINE)
FOR CROHN'S DISEASE HE DOES NOT HAVE. AND PRESCRIBING MEDICATION
LONGER THAN IT WAS SUPPOSE TO BE (2 WEEKS) DICYCLOMINE CAUSING
DAMAGE TO PETITIONERS Body, OR INJURYING IT.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____ official capacity only (An official capacity claim is the same as suing the governmental
entity this Defendant works for and requires proof that a custom or policy of the
governmental entity caused the alleged violation.)

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual
liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

-5-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

THAT THEY MADE PETITIONER WORK AT JOBS WHICH VIOLATED HIS MED-
ICAL RESTRICTIONS, CAUSING PAIN AND SUFFERING FROM HIS KNEE'S
AND BODY. PRESCRIBED MEDICATION TO PETITIONER SHOULD NOT HAVE
TAKEN FOR A PERIOD OF TIME (2 WEEKS) THAN IT WAS RECOMMENDED,
WOULD NOT SEND PETITIONER TO SEE GASTRO INTESTINAL PHYSICAN, JUST
ISSUED MEDICATION INSTEAD OF EXAMING PETITIONER. REFUSING SURGERY

**(C)  With respect to Defendant (Name)** DR. MACHEAL SOWERS **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

DENYING MEDICAL ATTENTION ABOUT HIS KNEE'S, PRESCRIBING MEDICATION
WITHOUT EXAMING PETITIONER, ISSUING MEDICATION (DICYCLOMINE) FOR
CROHN'S DISEASE HE DOE'S NOT HAVE, PRESCRIBING MEDICATION LONGER
THAN IT WAS SUPPOSE TO BE (2 WEEKS) DICYCLOMINE INJURYING OR
DAMAGING PETITIONERS BODY

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__/__    both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

THAT THEY MADE PETITIONER WORK AT JOBS WHICH VIOLATED HIS
MEDICAL RESTRICTIONS, CAUSING PAIN AND SUFFERING FROM HIS
KNEE'S AND BODY, AN REFUSING SURGERY, PRESCRIBING MEDICATION
TO PETITIONER SHOULD NOT HAVE TAKEN FOR A PERIOD OF TIME (2 WEEKS)
THAN WAS RECOMMENDED, WOULD NOT SEND PETITIONER TO SEE GASTRO INTESTINAL
PHYSICAN, JUST ISSUED MEDICATION INSTEAD OF EXAMING PETITIONER

(A) WITH RESPECT TO DEFENDANT (NAME) MARJORIE HALL RN, INF MGR. DESCRIBE THE ACTS OR OMISSIONS OF THIS DEFENDANT THAT FORM THE BASIS FOR CLAIM #1 AND ANY HARM CAUSED BY IT.

NURSE HALL WOULD SEE PETITIONER FOR HIS KNEE'S AND TO KEEP FROM HAVING TO DEAL WITH THEM, SHE WOULD REFER HIM POLITELY TO MRS. ROTOR WHO WOULD DO NOTHING AT ALL, MRS. HALL WOULD TAKE THE EASIEST ROUTE POSSIBLE TO NOT TREAT PETITIONER, MRS. HALL WOULD ALSO ORDER THE MEDICATION (DICYCLOMINE) FOR A DISEASE HE DID'NT HAVE, AND FOR LONGER THAN TWO (2) WEEKS, MADE SURE HE TOOK THIS MEDICATION ALWAYS, FOR ALLOWING THE ARK. DEPT. OF CORRECTION TO VIOLATE HIS MEDICAL RESTRICTIONS ON A JOB ASSIGNMENT

✓ PERSONAL CAPACITY


(A) NAME - ROBIN SMITH, D.O.N.

NURSE SMITH REFUSED TO CONTROL AND INSURE HER NURSEING STAFF DO THEIR JOBS IN A PROFESSIONAL MANNER. I HAVE COMPLAINED TO HER VERBALLY ABOUT THAT AND SHE WOULD ASSURE ME IT WOULD BE CHANGED, YET IT WAS THE SAME AFTERWARDS, SHE ACCUSED ME OF HINDERING THE HEALING OF MY RIGHT KNEE IN 2015.

✓ PERSONAL CAPACITY

**(D)** With respect to Defendant (Name) SHARYN ROTOR, A.P.N. , describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #1 and any harm caused by it.

MRS. ROTOR WOULD SEE PETITIONER FOR HIS KNEE'S AFTER HE WAS REFERRED BY NURSES, THEN MRS. ROTOR WOULD SAY " MR. KAIN THERE IS NOTHING I CAN DO FOR YOU, SHE HAS NEVER TRUELY EXAMINED PETITIONER'S KNEE'S BUT GLANCED AT THEM, THE RECORD WILL ALSO SHOW YOU THAT SHE ORDERED DICYCLOMINE FOR CROHN'S DISEASE WHEN HE DIDN'T HAVE IT, AND THEN OVER PRESCRIBED IT LONGER THAN 2WEEKS.

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

✓ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____ **both official and personal capacity**

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**Claim Number # 2:**

Type of Claim (for example:  excessive force, denial of medical care, etc.):

DENYING PETITIONER PHYSICAL THERAPY AND ORTHOPEDIC SHOES, Failing To TREAT PETITIONER ON A CONTINOUS BASIS CONCERNING HIS KNEE's.

Date of the Occurrence:   7/10/2014

Name of each Defendant involved: DR. MICHELLE BISHOP, MRS. HADEN, INF. MGR, CORRECT CARE SOLUTIONS, ET. AL. SHARYN ROTOR, A.P.N, SIERRA BRADSHAW L.P.N, LINDA HUNT, L.P.N.

_____

**(A)  With respect to Defendant (Name)** DR. MICHELLE BISHOP **, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

REFUSED TO HONOR THE TWO (2) SCRIPTS THAT DR. MOORE WROTE ON 7/10/2014 CONCERNING Physical THERAPY & SHOE SCRIPT. SHE ALSO DID AS LITTLE AS POSSIBLE CONCERNING ON THE Right KNEE WHILE PETITIONER SUFFERED WITH BOTH KNEE'S WITH PAIN. SHE REDUCED HIS PAIN MEDICATION WHILE PETITIONER HAD TO TRY AND REHAB. HIS OWN KNEE. AS THE RECORD (X-RAY'S) AND PRIOR MEDICAL JACKET SHOWS KNEE'S ARE PROBLEM. MEDICAL INDIFFERENCE WHEN TRYING TO GET OUT OF TREATMENT, FAILED TO RENEW TENNIS SHOE SCRIPT.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_  **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

✓  **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

\_\_\_\_  **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(B)  With respect to Defendant (Name)** MRS. HADEN INF. MGR. **, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

WHICH SHE REFUSED TO GET PETITIONER'S SHOE SCRIPT HONORED, STATING THAT CORRECT CARE SOLUTIONS REFUSED TO HONOR IT ALONG WITH THE Physical THERAPY. SHE ALSO MADE PETITIONER SUFFER WITH SEVERE PAIN WHEN HIS LEFT KNEE GOT INFECTED AFTER SURGERY. HAVING TO SEND PETITIONER BACK TO DR. MOORE FOR TREATMENT. MEDICAL IN-DIFFERENCE AS TO TREATMENT FOR PETITIONER. AND FOR ALLOWING CLASSIFICATION COMMITTEE TO VIOLATE HIS MEDICAL RESTRICTIONS, PAIN & SUFFERING AND FAILING TO DO HER JOB IN A PROFESSIONAL MANNER.

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

_____

**(D)  With respect to Defendant (Name)** SIERRA BRADSHAW, L.P.N. **, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

Ms. BRADSHAW WOULD SEE PETITIONER FOR Sick Calls COUCERNING HIS KNEES OR PRESCRIBE A "KNEE Sleeve" WHICH PETITIONER WAS ALLERGIC TO. SHE ALSO WOULD JUST GIVE PETITIONER A LAY-IN INSTEAD OF Trying To TREAT HIM.

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

✓    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Following ORDERS TO DO AS LITTLE AS POSSIBLE FOR PETITIONER'S KNEE'S, "KNEE SLEEVE" AND NOT TREATING PETITIONER AT ALL SAYING NOTHING WAS WRONG, SHE REFUSED TO PHYSICALY EXAMINE PETITIONER'S KNEE'S, AS THOUGH IT WAS BENEATH HER. TRIED PRESCRIBING MEDICINES PETITIONER WAS ALLERGIC TOO EVEN THOUGH IT WAS ON THE COMPUTER.

(A) WITH RESPECT TO DEFENDANT (NAME) INDE. HUNT, THESE ARE THE OMISSIONS OF THIS DEFENDANT THAT FORM THE BASIS FOR CLAIM.

MRS. HUNT REFUSED TO DO ANYTHING FOR PETITIONER, WHEN HE FILED AN EMER-GENCY GRIEVANCE SHE WOULD DENY IT AND SAY NOTHING WRONG, IF YOU DIS-AGREED THEN SHE WOULD ASK YOU TO LEAVE THE INFIRMARY, TRIED TO HAVE A

DISCIPLINARY WRITTEN ON ME, REFUSING TO DO HER JOB IN A NURSE'S PROFESSIONAL MANNER

✓ PERSONAL CAPACITY ONLY.

**Claim Number # 3:**

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

VIOLATING MEDICAL RESTRICTIONS, PAIN AND SUFFERING
AND ENDANGERING PETITIONERS HEALTH

**Date of the Occurrence:** JAN 2014 — MAY 2016

**Name of each Defendant involved:** DAVID BREWER, CLASSIFICATION
OFFICER

**(A)  With respect to Defendant (Name)** DAVID BREWER, CLASS. OFFICER **describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

MR. BREWER HAS BEEN THE CLASSIFICATION OFFICER AND HAS
KNOWN OF PETITIONERS MEDICAL RESTRICTIONS, AS PART OF
THE CLASSIFICATION COMMITTEE, HIS JOB IS TO PROVIDE THEM
WITH THIS INFORMATION AND BRING IT TO THEIR ATTENTION, BY NOT
DOING SO HE HAS CAUSED PAIN AN SUFFERING TO PETITIONER AS
WELL AS ENDANGERING HIS HEALTH AND LIFE.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_\_  **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

✓  **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

\_\_\_\_\_  **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

**(B)  With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)**

____     **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

____     **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

____     **both official and personal capacity**

<u>**If you are asserting an official capacity claim,**</u> **please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(C)  With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

____    both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

(D)  With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.

_____

_____

_____

_____

_____

_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

____    both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____
_____
_____
_____

**Claim Number # 4:**

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

_____
_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

_____
_____
_____

**(A)  With respect to Defendant (Name)** _____**, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____
_____
_____
_____
_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____
_____

-14-

_____

_____

_____

_____

**(B)  With respect to Defendant (Name)** _____**, describe the acts or omissions of** <u>this</u> **Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

_____

**Are you suing** <u>this</u> **Defendant in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____ **both official and personal capacity**

<u>**If you are asserting an official capacity claim,**</u> **please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

**(C)  With respect to Defendant (Name)** _____**, describe the acts or omissions of** <u>this</u> **Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____     both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(D)  With respect to Defendant (Name) _____, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____     both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

**VII.**   **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

  ✓   **Compensatory damages** (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

  ✓   **Punitive damages** (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

THAT CORRECT CARE SOLUTIONS, ET. AL. AND THE OTHER
DEFENDANTS PAY ONE MILLION SEVEN HUNDRED FIFTY THOUSAND
DOLLARS FOR PAIN AND SUFFERING. AND THREE MILLION DOLLARS
FOR MAKING DEFENDANT TAKE MEDICATION FOR SOMETHING
(DISEASE) HE DID'NT HAVE WHICH DAMAGED AND CAUSED
SIDE EFFECTS TO PETITIONERS BODY.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  24  day of  April  , 20 17 .

Billy J. Kain, Jr.  # 83093
**Printed Name of Plaintiff**

Billy J. Kain Jr.  # 83093
**Signature of Plaintiff**

-17-

That the Private Medical Contractor, Correct Care Solution and the Arkansas Department of Corrections have violated petitioners 8th and 14th Amendment Rights by "Medical Indifference" and "Medical Malpractice". This began in 2014 and continued unit May 2016, while petitioner was being housed at the North Central Unit in Calico Rock, Arkansas.

Petitioner has had serious problems with his left knee beginning when he first arrived in the Arkansas Department of Correction in 1984, until July 2014 when he received a knee replacement surgery at the Baxter Regional Medical Center, by Orthopedic Surgeon Dr. Merwin Moore III of Mountain Home, Arkansas. During Dr. Moore's examination of petitioners left knee, he had X-Rayed both knee's for comparison. Dr. Moore stated at that time that both knee's were in the same shape. The right knee was injured in the middle 1980's at the Diagnostic Unit. There have been two (2) Orthopedic surgeries done on it.

In January 2014 when Correct Care Solutions assumed duties as the Medical Provider for Inmate's, petitioner had been seen many times before 2014 by the previous private  medical contractors for both left and right knee. The following was taken from his medical jacket about sick calls concerning both knee's:

1.   01/22/2014 pain left knee, Tramadol 50 mg. Tablets by Dr. Bishop

Petitioner has injured his left knee trying to compensate for the right knee, and injured his right knee and hip trying to compensate for the left knee even after the knee replacement surgery was done. Both knee's would pop out of place, causing petitioner to fall down at any time, in 1998 petitioner had Orthopedic surgery performed on his left knee, and the Orthopedic surgeon recommended complete knee replacement surgery on it afterwards.

Now Anti-Inflammatory were tried in 1998, and petitioner had a allergic reaction plus it caused his Crohn's disease to flare up. During this from January 1, 2014 till July 2014, petitioner job assignment as a barracks porter at the North Central Unit at Calico Rock, even though the Infirmary staff, Mrs. Haden; Infirmary Mgr. Mrs. Smith, D.O.N., Mrs. Sharyn Rotor, A.P.N., Dr. Michelle Bishop, Marty Harriman, Micheal Sowers along with the Nurses: Marjorie Hall L.P.N., Mrs. Murrey L.P.N., Mrs. Hunt

1

L.P.N., Sierra Bradshaw L.P.N., all knew of petitioners severe knee problems with the left and right knee's. that Drs. Bishop, Harriman, and Sowers ordered Bentyl (Dicyclomine) for the Crohn's disease and the nurses made sure petitioner took his medicine four (4) times daily, 40 mg. at a time.

The Arkansas Department of Correction, North Central Unit's and Correct Care Solutions Classification Officer staff said nothing about petitioner having to work as a barracks porter, going up and down the stairs carrying mop buckets with water; trash cans full of trash, sweeping the barracks, on his knee's cleaning. the left and right knee in particular because they would pop out of place, causing petitioner to fall, or depend on his right knee to compensate for the left knee, even though it was in bad share. They violation just about every Medical Scripts and Medical Restriction petitioner had. Petitioner could not refuse to work, because if petitioner had he would receive a major disciplinary for Rule violation 03-3 "Unexcused Absence from work/School Assignment or other activity". The Arkansas Department of Correction knew of petitioner's serious Medical problems but required he work anyway. The petitioner has asked Correct Care Solutions (C.C.S.) for a list of surgeries and the Doctor's who performed them, and what their findings were. The court will see that the Microfilm machine is repaired, and his Medical Jacket from 1984 through 1998 is evidence. A subpoena will be needed. The Sick Call's from North Central Unit Infirmary are not returned to the inmates, which is done at Ouachita River Unit. Now Dr. Bishop requested petitioners Medical Records concerning the surgeries on his knee's. Petitioner filed an Inmate Request Form so as to review the Medical Jacket for years 1998 – 1999 concerning Orthoscopic Surgery, (see Exhibit "1"). As petitioner stated before to this court, his job assignment was Barracks Porter who had to traverse the stairs in the barracks to perform his job. The Medical Staff issued a "NO Stairs Script" beginning in September 2012 and expiring in September 2015 (see Exhibit "2") yet neither Medical or the Arkansas Department of Correction abided by it. The following Grievance were filed about petitioners right and left knee's to show that injuries were there and been brought to Medical's attention. (see Exhibit "3, 4, & 5"). In Exhibit "5" L.P.N. Linda Hunt stated my knee injury wasn't an emergency, but it has one from years ago in 2010. Petitioner is no Orthopedic Surgeon, but he has had surgery on his lower lumbar by Dr. Crowell. Now the Knee's could have played a major part in that

2

Medical problem, and petitioner cannot sit very long without losing the Feeling and Numbness in the Back of his thighs buttock, back. There was severe pain in both knee's from January 2014 till July 2014 in the Left Knee, and to this day the right causes me severe pain. To which Correct Care refuses to fix, even after two Orthopedic recommendations.

Now petitioner was diagnosed with <u>"Degenerative Joint Disease"</u> in both knees, and Degenerative Osteoarthritis also in the left. Now petitioner does not have copies of his Sick Calls, Inmate Requests, and Grievances that were submitted by petitioner to Correct Care Services but petitioner has made attempts to review his Medical Jackets and get them. As petitioner has shown the court, a Script for an "Ace Wrap" is how they treated petitioners knee's (see Exhibit "6"). There is something else that needs to be brought before the court, petitioner has had two (2) Lennox Hill Braces; One (1) for each knee at a cost of seventy-five (75) Hundred a piece and the Arkansas Department of Correction would not let him have them in 2014. The taxpayer's paid for one of them and then after a time he was told he could not have them due to their being metal. Some of the Sick Call dates for his knee's are as follows:

10/03 2012 – Degenerative Osteoarthritis Left Knee and Degenerative Joint Disease *
02/12/2013 – X-Ray ordered for Right Knee *
07/23/2015 – Right Knee Grinding, Right Hip Pain
10/01/2015 – Right Knee, Ankle, Foot, and Hip
01/27/2016 – Left Hip, Tail Bone, and Bad Limp

On 09/17/2012, Correct Care solutions (C.C.S.) at North Center Unit, issued a <u>"No Stairs Script"</u>. Expire in 09/17/2015.

In 2013 petitioner was sent to see Dr. Merwin Moore, an Orthopedic Surgeon about his left knee. Dr. Moore X-Rayed both knee's to compare them and told petitioner that they were both in very bad * shape. At which time he gave petitioner a steroid shot in the left knee, which did no good, it was over a year later when Dr. Moore saw petitioner again, showing of the left knee problem, Dr. Moore at that time recommended complete knee replacement surgery of the left knee. On July 7, 2014, Dr. Moore did replace the left knee. Then Dr. Moore on 07/10/2014 wrote two (2) very important <u>"Doctor's orders"</u>. The first was a <u>"Physical Therapy and Rehab"</u> order , and the second was a <u>"Tennis Shoe Order and Script"</u>.

3

The day petitioner was to be released from the Hospital. Now Correct Care Solutions, the Staff at North Central Unit never bothered to carry out the two (2) Orders of the attending Physician, Dr. Moore had written for Therapy an Rehab or Tennis Shoe Order. The petitioner asked and was told by Ms. Hayden, the Infirmary Manager that Correct Care Solutions had denied both of Dr. Moore's orders. Yet Dr. Moore was the Physican that Correct Care Solutions sent him to because of his being an Orthopedic Surgeon, along with his experience in these matter. Now petitioner would have been saved a lot of pain and suffering by Therapy, and Especially the Tennis Shoe script which would helped on the impact not only the left knee but the right knee also Dr. Moore had written a Tennis Shoes Script on ~~10/05/2012,~~ 07/10/2014 but this was done as away to keep from getting knee replacement surgery done. A one and done deal to show some treatment.

The only Rehab done was petitioner walking to the pill call and Chow Hall daily there was nothing else. In September 2014 petitioner was assigned to the North Central Unit Laundry, he used working in the laundry as Therapy for the left knee. Where he first started out as a Clothes Folder, then a Cart Pusher and on to the Pressroom as a Press Operator. Now they again knew of his bad knees, but when the other Press Operator was locked up, petitioner was assigned by his self to do all the special Press Clothes, running four (4) Press's and running back and forth. This continued for over a year, until petitioner was transferred to Bowie County Correctional Center (B.C.C.C) in May 2016. Petitioner tried to protect the Right Knee with the Left Knee, but that was not possible. After Surgery in July 2014, the knee was good to go until 2015, when the right knee has put a strain on the left knee. The right knee has been popping out of place and causing petitioner to fall on his Right Hip, to the point where it is causing hem severe pain to walk on it. Now it has reached his Right Ankle.  On 09/17/2012, Corizion Medical Services (C.M.S.) at the North Central Unit issued another "No Stairs Script" to petitioner expiring 09/17/2015. Petitioner was moved to twelve (12) Barracks as a Barracks Porter and lived and assigned to work on the top tier of a two (2) tier barracks where his Right knee would pop out of place causing him to fall down the stairs. Petitioner wsa finally moved to the bottom tier after many months. Mrs. Sharyn Rotor, an A.P.N. saw petitioner for his Right Knee, at which time she gave him a Script to use an ACE

4

Bandage for his knee. Petitioner has had Right Knee pop out of place from just walking on uneven ground and fall. While trying to catch himself petitioner has cut up his fingers on gravel between the yard and the back door of the building. The Infirmary Staff at North Central Unit has issued Knee Sleeves to petitioner, they did not help his Right Knee and caused a raw rash that had to be treated.

There was a Recommendation by Dr. Harold Weems, Orthopedic Department, Collom & Carney Associates; 5002 Cowhorn Creek Rd., Texarkana, Texas 75503 stated the only alternative was Knee Replacement Surgery of the Right Knee, just seven (7) months after leaving North Central Unit. This shows that Correct Care Solutions (C.C.S.) knew that there was a serious problem with the Right Knee, the pain and suffering it was causing petitioner and the cruel and unusual punishment of making petitioner work on his Knees. Petitioner on 04/03/2017 was able to review part of his Medical Jacket that was on Microfilm. He was not allowed to take notes, but was allowed t read them from the years 1984 till 1989, as stated earlier the Orthopedic Physician who performed the Orthoscopic Surgeries on both the Left and Right Knee was Dr. B. Blackwell, of Pine Bluff, Ark. he also stated that there was an ACL Tear in the Right Knee. There was a decision that Crohn's Disease and Chronic Knee problems was no longer considered Chronic Care as of February 3, 2012, before that petitioner was seen 2 or 3 times a year for Chronic Care.

If the Staff at the North Central Unit would have reviewed petitioner Medical Jacket at Central Records they would have found everything to do with his knee problems. But again they made their decisions on what they knew, which is far far less than a Orthopedic Surgeon. The Courts have stated that referring an Inmate to a specialist (Orthopedic) over rides a General Practioner. When a consult is done, there are the consults, the Examination Results, and the findings and repairs done to the Left and Right Knee's.

Petitioner would like this Honorable Court to see that he was seen by a Dr. Charles Schock who gave petitioner a Script beginning on 03/12/2013 and Expiring on 03/12/2014, for a Cane. Now once again the injuries were bad enough to be put on a Cane, but he still had to work, going up and down the stairs as a barracks Porter. (see Exhibit "7"). Now they also gave petitioner a Script for ACE Bandage for

5

his Knee's on 05/23/2011, with a Expiring date of 06/06/2011. For someone who seems not to have bad Knee's the Medical Staff sure tried to ignore the problem. Even though it was a on going problem. They took the lesser way of treating the problems. This also shows that the Arkansas Department of Correction (A.D.C.) chose to ignore the medical problems with Correct Care Solutions (C.C.S.) did nothing but go along with the situation. In 2015, February petitioner had to suffer with a sever and painful infection in his Left Knee, after Knee Replacement Surgery. Now because Correct Care Solutions (C.C.S.) could not figure out what the problem was, petitioner went through 2 or 3 weeks of suffering with a Bloody, Infected Knee. The Infirmary Manager Ms. Hayden former Infirmary Manager was truly upset because she had to send petitioner back to see Dr. Merwin Moore, Orthopedic Surgeon to find out what was wrong. This court will see from the Medical Records from 1984 – May 2016 that the Knee problems were very serious. But Correct Care Solutions and the Arkansas Department of Correction were only to eilling to work hand in hand with "Medical Indifference and Medical Malpractice" and working petitioner while he was Disabled.

    If this Honorable Court could see some of the results of petitioners Physical's by Ms. Judy LeFevers, (R.N.P.):

    2009 – No Ambulation of uneven ground, # 9, 15, 17, & 20 D.O.D. AMB. With body leaned to left side, cerpitus most Joints, decrease Rom. Shoulders, Knee's, Back, and # 14 Crohn's Disease

    2012 – 4" – 5" inch scar over Left Knee, Fullness to medical accept, (L) Knee Tenderness to Palpation over Patelly Medical and Lateral Joint lines, Palpable Cerpitus. Hx. Of Bilateral Knee   Surgery, Hx. Lymph Node Biopsy, Left Auxillary, right Shoulder, D.D.D, Osteoarthritis most joints with decrease Rom., Hx. Of Crohn's Disease.

As to following procedures set up for classification at the North Central Unit by the classification officer, David Brewer and the Medical Staff (Mrs. Marjorie Hall, Ms. Hayden) who attend classification. Both the classification officer and Medical staff (C.C.S.) did not follow petitioners medical restrictions for (NO STAIRS, NO WALKING, NO STOOPING, NO CRAWLING, NO PROLONGED STANDING,

AND THE 5 Lb. WEIGHT SCRIPT) when assigning him a job. It was (C.C.S.)'s job to bring that to the attention of classification committee, at which time they never said a word, or brought attention to.

As the primary Medical Care provider Dr. Michelle Bishop, Marty Heartyman, and Micheal Sowers were to give petitioner a Physical every couple of years. The A.P.N. Sharyn Rotor has seen petitioner many times after being referred by Sick Call. Issued a "NO STAIR SCRIPT" on September 17, 2012 and it expired September 17, 2015 yet at No Time was this brought to Classification Committee. L.P.N. Marjorie Hall was approached by the Supervisor over Barracks Porters and asked to have petitioners Lay-in pulled so as he could put petitioner to work. There was only one problem, petitioner was being assigned to the unit Laundry, but again his Medical restrictions were being violated by the Arkansas Department of Corrections, with the consent of the Medical Staff of Doctors, Nurse Practitioner and Nurses. Petitioner had a weight limit Script, yet he was required to pick up Laundry bags weighing as much as 250 Lb. apiece on a Laundry cart. When petitioner brought his Sick Call Complaint's, which there have been many the Nurse's caught attitudes about it and referred petitioner to Mrs. Rotor which was like dismissing the Sick Call. One of Mrs. Rotor favorite saying's was "Mr. Kain there is nothing I can do for you".

Now Correct Care Solutions Infirmary Staff at the North Central Unit have since January 2014 made petitioner take Bentyl (Dicyclomine) for Crohn's Disease. This has been emphasized to petitioner over the past 23 years that he should not miss taking his medication. Because if so, the consequences could be damaging. Now in 2017, petitioner was told he no longer had Crohn's Disease by Correct Care Solutions, A Private Medical Contractor, if I have taken Bentyl (Dicyclomine) and Sulfadine which they had to take him off of Because of a reaction petitioner had to it. Petitioner has taken a couple of different medications for his Crohn's Disease; Bentyl (Dicyclomine), Sulfadine, Steroids. But at the same time there were allergic reactions to Nsides, Motrin, Asprin, Ibeprofin, Tylenol, Sulfadine, Tortatal, Anti-Inflammatory, some different Muscle Relaxers, and Pain Medications. At the time beginning January 2014 when Correct Care Solutions began providing medical treatment to petitioner, he was taking forty (40) mgs. Bentyl (Dicyclomine) four (4) times a day, which also made a lot of Medications unavailable

7

for petitioner to take. Petitioner stated above, Crohn's Disease was not considered to be a Chronic Care by Mrs. Slay. Petitioner is not sure of all the side effects of taking Bentyl (Dicyclomine) to the body. There have been serious problems that have arisen of the course of taking Bentyl (Dicyclomine) and that was why he asked for an independent Physician to examine him about this. Petitioners body stays cold, there are tingling and painful sensations throughout his body, severe skin rashes that never go away, and tiny knots on his body too.

Petitioner can say from January 2014 till may 2016 that he has had to take Bentyl (Dicyclomine), but Correct Care Solutions stated (Dr. Nannette Vowell) that petitioner never had Crohn's Disease. Now petitioner suffered severe pain in his stomach. This Court will see that Correct Care Solutions has shown that they have not done there job of providing medical treatment, not having him checked by a Gastrointestinal Physician yearly about the Crohn's disease he was suppose to have. What damage to his Stomach, Intestines and the rest of his Body have they inflected on him?

Now petitioner has had his Medication Bentyl (Dicyclomine) ordered by Dr. Michelle Bishop, Marty Harriman for his Crohn's Disease. Now from January 2014 till May 2016 those very same Doctors never once scheduled the petitioner with a Gastro Intestinal Physical as required with someone with Crohn's Disease. Petitioner stated that the Nurses always made him take his Bentyl (Dicyclomine) as ordered by the Doctors, 40 mgs. four (4) times daily. There have been instances where they have had to go to a civilian or free world Pharmacy. When he ran out.

Now in January 2017, Dr. Nannette Vowell at the O.R.C.U. stated that petitioner never had Crohn's Disease. But Dr. rittermeyer stated that in 1988 he Diagnosed petitioner with Crohn's Disease. Now petitioner looked up "Dicyclomine" in a P.D.R. it states that Dicyclomine is used for the treatment of Irritable Bowl Syndrom and Gastro Intestinal Disease's (Crohn's Disease). There are many serious side Effects to the body from using Dicyclomine, and it plainly stated "Not to be Used More than two (2) weeks. Yet petitioner has taken it for twenty-three years, and for three (3) years by orders from Doctors Michelle Bishop, Marty Harriman, and Micheal Sowers. This is "Medical Indifference" because they never Examined petitioner once, but just reordered it.

8

The following is from a P.D.R. and describes what Dicyclomine is used to treat, and how long it can be used. But most importantly the long term side Effects of it on petitioner body.

## Petitioner ask this Honorable Court for the following
## Relief From Defendants

From Correct Care Solutions (C.C.S.): that a Independent Doctor give petitioner a complete Physical to ascertain the damage inflicted upon petitioner body. Also that they pay Monetary damages for the Pain, Suffering, and Denying him the Physical Therapy and Shoes ordered by Orthopedic Specialist.

Monetary damages as follows: from Correct Care Solutions (C.C.S.) Two Million, Five Hundred Thousand Dollars for his Knee's.

Two Million Dollars for the damages to his Body from Medications not necessary for him, and Monetary damages from the Arkansas Department of Corrections, Three Million Dollars for damages to his Knee's.

**PLEASE COMPLETE THE FOLLOWING INFORMATION AND RETURN IT
TO THE UNITED STATES DISTRICT CLERK'S OFFICE.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

The Clerks's Office has provided me with a copy of the **Notice of Electronic Availability
of Case Information**.  (See Federal Rules of Civil Procedure § 5.2.)

_Billy J. Kain, Jr.  #83093_
Printed Name

_Billy J. Kain, Jr.  #83093_
Signed Name

_4/20/2017_
Date

_____
Case Number (If Known)

-2-

Exhibit (1)

# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grievance step but should be used before filing an Informal Grievance

| Inmate Name: KAIN Billy | ADC# 83093 | Date: 9-27-12 |
|---|---|---|
| Barracks: 8-44 | Assignment: B/P | |
| Staff Member: MRS. TURNER | Department: MEDICAL | |

I have a request concerning the following areas (Check One)

- [ ] Business Manager
- [ ] Hobby Craft
- [x] Medical / Dental
- [ ] School
- [ ] Chaplain
- [ ] Laundry / Property
- [ ] Mental Health
- [ ] Telephones
- [ ] Classification
- [ ] Library / Law Library
- [ ] Parole
- [ ] Visitation
- [ ] Commissary
- [ ] Mail Room
- [ ] Records
- [ ] Other: MRS. TURNER, I

Detailed reason for request: Would Like To Review My MEDICAL JACKETS FROM 1998-1999. DR. Bishop SAID You WERE SENDING FOR THEM So SHE Could SEE WHAT THE ORTHOPEDIC SURGEON SAID CONCERNING My LEFT KNEE, I NEED Some OF THE INFORMATION IN THE JACKETS. ANY Help You CAN GIVE Would BE GREATLY APPRECIATED. THANK You.

Have you talked to any staff member about this request? [x] Yes [ ] No

Whom: MR. TOM

Inmate Signature: Billy Kain

**━━━━━━━━ DO NOT WRITE BELOW THIS LINE ━━━━━━━━**

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: we Canot obtain your records from 98-99 at this moment. Our medical records Clerk will Try and obtain them.

Staff Signature: _____

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

_____

_____

Staff Signature: _____

Exhibt (a)

ARKANSAS
DEPARTMENT OF CORRECTIONS (REV 07/93)

MEDICAL RESTRICTIONS
LIMITATIONS/SPECIAL AUTHORIZATIONS

# MSF-207

RESTRICT INMATE FROM:

**PART 1 RESTRICTIONS**

____ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF
_____ HOURS

____ ASSIGNMENTS REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING,
WALKING OR STANDING.

____ ASSIGNMENTS REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF _____
POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF _____ HOURS.

INMATE REQUIRES:

**PART 2 LIMITATIONS:**

____ BED REST ____ DAYS REASON:_____

____ NO DUTY ____ DAYS REASON:_____

____ NO YARD CALL ____ DAYS REASON:_____

____ NO SPORTS ____ DAYS REASON:_____

____ ONE ARM/HAND DUTY ____ DAYS

INMATE IS AUTHORIZED TO:

**PART 3 SPECIAL**
**AUTHORIZATIONS:**

____ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS (_____)
TIME

____ SOAK:_____

____ EXERCISE:_____

____ OTHER:_____

____ BATHE IN THE INFIRMARY

____ SITZ BATH

____ CAST

____ OTHER:_____

____ HAVE IN POSSESSION:

____ CANE

____ CRUTCHES

____ BRACE: (DESCIBE BRIEFLY)_____

____ PRESCRIBED FOOTWEAR:_____

____ ORTHOPEDIC APPLIANCE: (DESCRIB BRIEFLY) _____

✓ OTHER: no Stairs _____

____ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION (S)/LIMITATION (S)/SPECIAL AUTHORIZATION (S) STARTS: 9-17-12 ___
DATE    TIME (MILITARY)

THIS MEDICAL RESTRICTION (S)/LIMITATION (S)/SPECIAL AUTHORIZATION (S) ENDS: 9-17-15 ___
DATE    TIME (MILITARY)

_____ APN
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
ORIGINAL - MEDICAL JACKET
PINK - SECURITY
YELLOW - CLASSIFICATION
BLUE - INMATE

NAME : KAIN BILLY
DOB:
ADC: ADC# 083093
DOB: 11/3/59

2ND of 2 submitted 2/7/13

# UNIT LEVEL GRIEVANCE FORM (Attachment I) Exhibit (3)

Unit/Center __N.C.U.__

Name __Billy Kain__

ADC# __83093__ Brks # __12-16__ Job Assignment __B/P__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # |
| Date Received: |
| GRV. Code #: |

__2-7-13__ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why:_____
_____

__2-7-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __Because I have Reinjured My Right Knee when My left Knee Popped out of Place on 2-2-13,__

*Is this Grievance concerning Medical or Mental Health Services?* __✓__ *If yes, circle one:* (medical) *or mental*
__BRIEFLY__ state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel involved and how __you__ were affected. (Please Print): __On 2-2-13 My left Knee Popped out of Place while I was working Mopping the Floor, and I fell on My Right Knee. It swelled up and starting hurting Me badly because of it. Now it clicks when I bend it and hurt's on top of My Right Thigh when I try to bend My lower Right leg, Now both of My Knees are Messed up, I have already had (2) Orthoscopic Surgery's on it, I can't Rest because of both Knee's Now.__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

__Billy Kain__                                __2-7-13__
Inmate Signature                             Date

*__If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.__*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __2-7-13__ (date), and determined to be __Step One__ and/or an Emergency Grievance __Yes__ (Yes or No). This form was forwarded to (medical) or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: __Mr. Ferretti__ Date __2-7-13__

__Sgt Thuller__           __7182__          __S Thuller__           __2-7-13__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint including __dates__: __Please See "1 of 2" (This is Emergency Grievance 2 of 2 submitted today,) Scheduled to See APN Rohder Next Week, For Right Knee Swelling__

_____ __2/7/13__               __Billy J. Kain__ __2-7-13__
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to __Step Two__. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------

__DISTRIBUTION: YELLOW & PINK__ – Inmate Receipts; __BLUE__-Grievance Officer; __ORIGINAL__-Given back to Inmate After Completion of Step One and Step Two.

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __N.C.U.__

Name __Billy Kain__

ADC# __83093__     Brks # __12-16__   Job Assignment __B/P__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

__✓__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: BECAUSE MY KNEE CONTINUES TO POP OUT OF PLACE SWELLING AND NOW MY RIGHT KNEE IS SWELLING & BRUISING.

*Is this Grievance concerning Medical or Mental Health Services?* __✓__ *If yes, circle one:* (medical) or mental
__BRIEFLY__ state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel involved and how you were affected. (Please Print): ON AUG. 23, 2012, I WAS SEEN BY DR. BISHOP AND SHE ORDERED X-RAY'S ON MY (L) KNEE, WHICH WAS POPPING OUT OF PLACE, SWELLING, THEN ON AUG. 30, 2012, I WAS SEEN BY THE A.N.P. HAYDEN WHO SAYS X-RAY RESULT'S AND THE RADIOLOGIST'S RECOMMENDATION OF COMPLETE KNEE REPLACEMENT BEING DONE, DR. BISHOP WAS ALSO CONSULTED CONCERNING RADIOLOGISTS RECOMMENDATION, IN 1998 I WAS OPERATED ON BY AN ORTHOPEDIC SURGEON AT SOUTHWEST HOSPITAL WHO ALSO RECOMMENDED KNEE REPLACEMENT, BUT C.M.S. DENIED IT, SAYING I WAS TO YOUNG FOR THAT SURGERY BECAUSE IT WOULD HAVE TO BE DONE EVERY 10 YRS. NOW 15 YRS. LATER, I'VE HAD TO WORK ON THIS (L) KNEE WHILE IT POPPED OUT OF PLACE, SWELLING AND SEVERE PAIN, I'VE SUFFERED WITH PAIN FOR 15 YRS. NOW, THEY HAVE PUT ME ON TRAMATAL TWICE A DAY TO HELP WITH PAIN, BUT AFTER SO LONG IT DOSEN'T HELP, I HAVE SEEN DR. BISHOP NUMEROUS TIMES ABOUT MY KNEE POPPING OUT OF PLACE, SWELLING AND PAIN. ON NOV. 2, 2012, I WAS SENT TO SEE DR. MOORE, ORTHOPEDIC SURGEON AT BAXTER MEDICAL CENTER WHO X-RAYED MY KNEES WHO I QUOTE " IT HURT ME TO EVEN LOOK AT THE X-RAY'S OF YOUR KNEE'S, AND GAVE ME A STEROID SHOT IN THE KNEE WHICH WAS ALL HE WAS AUTHORIZED TO DO, BY CORIZION, NOW I WAS TOLD THAT I HAVE TO START THE PROCEDURE ALL OVER AGAIN.
(CON'T ON 2ND GRIEVANCE)

__Billy J. Kain, Jr.__                                    __Feb. 7, 2013__
Inmate Signature                                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __2-7-13__ (date), and determined to be __Step One__ and/or an Emergency Grievance __Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: __Mr. Ferretti__  Date __2-7-13__

__Sgt. T Fuller__          __7182__        _____          __2-7-13__
__PRINT STAFF NAME (PROBLEM SOLVER)__   ID Number   Staff Signature                    Date Received

Describe action taken to resolve complaint, including __dates__: _____
_____
_____
_____
_____

_____          _____
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to __Step Two__. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------------------------------------

__DISTRIBUTION: YELLOW & PINK__ – Inmate Receipts; __BLUE__-Grievance Officer; __ORIGINAL__-Given back to Inmate After Completion of Step One and Step Two.

Exhibit (5)     PG 2 of 2

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _N.C.U._

Name _Billy Kain_

ADC# _83093_    Brks # _12-16_    Job Assignment _B/p_

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td></td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>GRV. Code #:</td><td></td></tr>
</table>

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

____✓____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* ✓ *If yes, circle one:* (medical) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) Mrs. Hunt Told Me on 2-5-13 That My Knee Wasn't An Emergency, I Was Suppose To Have Been Put on The List To See Him in Jan. 2013 But it Would Be Awhile. Corizion is Playing Games With Me Concerning My Knee, Hoping I Will Just Give Up, Their Consulting Doctor's, Radiologist, Dr. Bishop And Dr. Moore Have All Agreed My Knee Need's To Be Replaced, And I Want it Fixed Also, Because I Have To Work on it, Walk on it And At Any Given Time it's Subject To Pop Out Of Place Causing Me To Fall As I Have Fallen Down The Stairs, Walking in The Dayroom, By Refusing Me Treatment (Replacing it) Is Cruel And Unusal Punishement. I Am Tired Of This, The Grievance Is The First Step To Me Filing A Civil Suit (1983) Against Corizion. My Right Knee Is Causing Me Problems As I Showed Nurse Jones on 2-5-13 At Sick Call, Fix My Knee Please. Because There's Nothing Been Done About My Left Knee, I Have Reinjured My Right Knee, Have Been Seen 4 or 5 Times Because Of The Left Knee,

_Billy J. Kain, Jr_       _Feb. 7, 2013_
Inmate Signature                       Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _2-7-13_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to (medical) or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Mr. Ferretti_ Date _2-7-13_

_Sgt Fuller_     _7182_     _A Fuller_       _2-7-13_
**PRINT** STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____
_____

Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-----------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)     MSF-207

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐ Restrict assignment requiring strenuous physical activity for periods in excess of  hours. |
| | ☐ Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing. |
| | ☐ Restrict assignment requiring handling, lifting of heavy materials in excess of  pounds or requiring overhead work for a period in excess of  hours. |

| PART 2 - LIMITATIONS: | INMATE REQUIRES: |
|---|---|
| * | ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |

| PART 3 - SPECIAL AUTHORIZATIONS: | INMATE IS AUTHORIZED TO: |
|---|---|
| | ☐ Report to the Infirmary for Special Treatments(  ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☐ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☑ Other: ace wrap |
| * | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:   01/15/2013    09:04:00 AM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   01/15/2014    09:04:00 AM

**Name:** Kain, Billy J. Jr
**DOB:** 11/03/1959
**ADC#:** 083093

Sharyn Lee Rohder

Distribution: Original - Medical Jacket

Inmate Copy
Inmate Copy

EXHIBIT F

*ARKANSAS DEPARTMENT OF CORRECTION*
**Medical Restrictions/Limitations/Special Authorization(s)**                                    **MSF-207**

| **PART 1 - RESTRICTIONS:** | **RESTRICT INMATE FROM:** |
|---|---|
| | ☐ Restrict assignment requiring strenuous physical activity for periods in excess of  hours. |
| | ☐ Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing. |
| | ☐ Restrict assignment requiring handling, lifting of heavy materials in excess of  pounds or requiring overhead work for a period in excess of  hours. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| | * ☐ Bed Rest  days. Reason: |
| | ☐ No Duty  days. Reason: |
| | ☐ No Yard Call  days. Reason: |
| | ☐ No Sports  days. Reason: |
| | ☐ One Arm/Hand Duty  days. |
| **PART 3 - SPECIAL AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments(  ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☑ Have in Possession: |
| | ☑ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☐ Other: |
| | * ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  03/12/2013   11:29:00 AM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   03/10/2014   11:29:00 AM

**Name:** Kain, Billy J. Jr
**DOB:** 11/03/1959
**ADC#:** 083093

*[signature: Charles C Schock]*

Charles Conrad Schock

Distribution: Original - Medical Jacket

EXHIBIT "X"

# ARKANSAS
## DEPARTMENT OF CORRECTIONS (REV. 07/93)

### MEDICAL RESTRICTIONS/
### LIMITATIONS/SPECIAL AUTHORIZATIONS

## MSF-207

**PART 1 RESTRICTIONS**

RESTRICT INMATE FROM:

___ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF ____ HOURS.

___ ASSIGNMENTS REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

___ ASSIGNMENTS REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF _____ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF _____ HOURS.

**PART 2 LIMITATIONS:**

INMATE REQUIRES:

___ BED REST ___ DAYS  REASON:_____

X NO DUTY _14_ DAYS  REASON: Med Ly

X NO YARD CALL _14_ DAYS REASON:_____

X NO SPORTS _14_ DAYS  REASON:_____

___ ONE ARM/HAND DUTY ___ DAYS

**PART 3 SPECIAL AUTHORIZATIONS:**

INMATE IS AUTHORIZED TO:

___ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS (____) TIME

___ SOAK:_____

___ EXERCISE:_____

___ OTHER:_____

___ BATHE IN THE INFIRMARY

___ SITZ BATH

___ CAST

___ OTHER:_____

___ HAVE IN POSSESSION:

___ CANE

___ CRUTCHES

___ BRACE: (DESCIBE BRIEFLY)_____

___ PRESCRIBED FOOTWEAR:_____

___ ORTHOPEDIC APPLIANCE. (DESCRIB BRIEFLY)_____

X OTHER: ace wrap

___ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION (S)/LIMITATION (S)/SPECIAL AUTHORIZATION (S) STARTS: 5-23-11  0200

THIS MEDICAL RESTRICTION (S)/LIMITATION (S)/SPECIAL AUTHORIZATION (S) ENDS: 6-6-11  2600

SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
ORIGINAL - MEDICAL JACKET
PINK - SECURITY
YELLOW - CLASSIFICATION
BLUE - INMATE

KAIN BILLY J. JR
ADC# 083093
DOB: 11-3-59

Exhibit 1 "14"

| ARKANSAS<br>DEPARTMENT OF CORRECTIONS (REV. 07/93) | MEDICAL RESTRICTIONS/<br>LIMITATIONS/SPECIAL AUTHORIZATIONS | **MSF-207** |
|---|---|---|

**PART 1 RESTRICTIONS**

RESTRICT INMATE FROM:

___ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF ____ HOURS.

___ ASSIGNMENTS REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

___ ASSIGNMENTS REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF _____ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF _____ HOURS.

**PART 2 LIMITATIONS.**

*NO Gym!*

INMATE REQUIRES:

___ BED REST ____ DAYS REASON:__ _____

X NO DUTY _3_ DAYS REASON:_____

___ NO YARD CALL ___ DAYS REASON: Walking + Fresh air only.

X NO SPORTS _3_ DAYS REASON:_____

___ ONE ARM/HAND DUTY ___ DAYS

**PART 3 SPECIAL AUTHORIZATIONS:**

INMATE IS AUTHORIZED TO:

___ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS (_____) TIME

___ SOAK:_____

___ EXERCISE:_____

___ OTHER:_____

___ BATHE IN THE INFIRMARY

___ SITZ BATH

___ CAST

___ OTHER:_____

___ HAVE IN POSSESSION:

___ CANE

___ CRUTCHES

___ BRACE: (DESCIBE BRIEFLY)_____

___ PRESCRIBED FOOTWEAR:_____

___ ORTHOPEDIC APPLIANCE: (DESCRIB BRIEFLY) _____

X OTHER: Small Knee Sleeve (black + Tan) For **1** year expires May-21-2013

___ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION (S)/LIMITATION (S)/SPECIAL AUTHORIZATION (S) STARTS: 5-21-12   0800
DATE   TIME (MILITARY)

← Lay-in from work.

THIS MEDICAL RESTRICTION (S)/LIMITATION (S)/SPECIAL AUTHORIZATION (S) ENDS: 5-23-12  1800
DATE   TIME (MILITARY)

S. Bradshaw, LPN
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
ORIGINAL - MEDICAL JACKET
PINK - SECURITY
YELLOW - CLASSIFICATION
BLUE - INMATE

NAME: Kain, Billy
DOB:
ADC: 083093

F-841-3

## ARKANSAS DEPARTMENT OF CORRECTION
### PROPERTY ADDITION FORM

Date: 10/5/12          Unit: NCU

Inmate's Name: Kain Billu          ADC#: 83093
                       Printed

Issuing Department: Medical

Please indicate below the appropriate item to be added to an inmate's personal property file. It is important to submit a detailed description of any item(s) that are added, i.e., number of items, brand, color, size, etc.

| | | |
|---|---|---|
| ___ Radio | ___ Watch | ___ Ring |
| ___ Head Phones | ___ Combination Lock | ___ Sweat Shirt |
| ✓ Shoes | ___ Religious Medallion | ___ Sweat Pants |

Other: _____

Detail description of item: Size 10 BOB Barker Tennis Shoes

Signature of issuing staff: Minnie Turner          AASIS#: _____

Signature of inmate: Dilly Kain          ADC#: 83093

This form is to be completed in the event of an addition to an inmate's personal property.

| Original – Unit Personal Property Officer    Pink Copy – Inmate    Yellow Copy – Inmate's File |
|---|

F-841-3                                    Revised 10/10/2006

Page 17 of 22